IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**WILLIAM D. BARNES**                                                                  **PLAINTIFF**
**ADC #150171**

**V.**                 **CASE NO. 4:19-CV-874-BSM-BD**

**CHRISTOPHER BROWNLOW,** *et al*.                                           **DEFENDANTS**

## ORDER

On December 6, 2019, William D. Barnes, an inmate in the Arkansas Division of Correction, filed a complaint (docket entry #2) under 42 U.S.C. § 1983. Mr. Barnes's claims arise from incidents at the Logan County Jail, in Paris, Arkansas, which lies in the Western District of Arkansas. (#2)

The interests of justice would best be served by transferring this case to the United States District Court for the Western District of Arkansas, under 28 U.S.C. § 1406(a). The Clerk of Court is directed to transfer this case immediately to the United States District Court for the Western District of Arkansas.

IT IS SO ORDERED, this 10th day of December, 2019.

                                                                               _____
                                                                      UNITED STATES MAGISTRATE JUDGE